```
                                              IN RE
                                              FREDERICK A. BYNUM
                                              2602 ARRINGTON BRIDGE ROAD
  1606422-Court-A-U.S.
  ROBERT E FULLER JR                          DUDLEY, NC 28333
  ATTORNEY AT LAW                                      SSN or Tax I.D.   XXX-XX-8454
  P O BOX 1121                                -------------------------------
  GOLDSBORO, NC 27533-1121                    PAMELA G. BYNUM
                                              2602 ARRINGTON BRIDGE ROAD

                                              DUDLEY, NC 28333
                                                     SSN or Tax I.D.   XXX-XX-3773

  U.S. Bankruptcy Court
  P.O. Box 791
  Raleigh, NC 27602                           Chapter 13
                                              Case Number:  16-06422-5-DMW
```

NOTICE OF AMENDED MOTION FOR CONFIRMATION OF PLAN

Joseph A. Bledsoe, III, Chapter 13 Trustee  has  filed  papers  with  the  Court to Confirm the Chapter 13 Plan.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to consider your views on the motion, then on or before 08/14/2017, you or your attorney must file with the court, pursuant to Local Rule  9013-1  and  9014-1, a written response, an answer explaining your position, and a request for hearing at:

```
                        U.S. Bankruptcy Court
                        PO Box 791
                        Raleigh, NC  27602
```

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

```
Debtor(s):                      Attorney:                       Trustee:
FREDERICK A. BYNUM              ROBERT E FULLER JR              Joseph A. Bledsoe, III
2602 ARRINGTON BRIDGE ROAD      ATTORNEY AT LAW                 P.O. Box 1618
DUDLEY, NC 28333                P O BOX 1121                    New Bern, NC 28563
-------------------------------  GOLDSBORO, NC 27533-1121
PAMELA G. BYNUM
2602 ARRINGTON BRIDGE ROAD
DUDLEY, NC 28333
```

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted  on  the motion at a date, time  and  place to  be later  set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may  decide  that  you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

```
Date:  July 13, 2017                          Joseph A. Bledsoe, III
                                              Chapter 13 Trustee
                                              P.O. Box 1618
                                              New Bern, NC 28563
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

IN RE:                                                                   CASE NUMBER: 16-06422-5-DMW

**FREDERICK A. BYNUM**

**PAMELA G. BYNUM**

                                                                    **CHAPTER 13**

                 **DEBTOR(S)**

**AMENDED**

**MINUTES OF 341 MEETING AND**
**MOTION FOR CONFIRMATION OF PLAN**

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on February 8, 2017, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

    | Amount | | Term | | |
    |---|---|---|---|---|
    | $1,029.00 | for | 7 | Months |
    | $1,050.00 | for | 53 | Months |
    | | for | | Months |
    | | for | | Months |

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before April 12, 2017 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before June 13, 2017 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

a.  Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

b.  Continuing Long Term Debts to be paid by the Trustee:

**IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation. Arrearages, if any, are to be paid over the life of the plan. Two post-petition contractual payments shall be included in the administrative arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments.**
**(SEE PARAGRAPH 8 BELOW)**

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #800 Select Portfolio Servicing | Residence | Contractual payment in the amount of $738.96 to be made by Trustee effective with the March 2017 payment |
| #801 Select Portfolio Servicing | Residence administrative arrearage claim | $1,477.92 to be paid over life of plan<br><br>(January and February 2017 payments) |
| #802 Select Portfolio Servicing | Residence pre-petition arrears | $4,892.62 to be paid over life of plan |

c.  Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #029 Southeastern Auto Brokers | Attorney Fees/Order 04/28/17 | $551.00 to be paid over life of plan |

d.  Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| NONE | | | |

Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as "Surrender," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b).

| | | |
|---|---|---|
| #005 Drivenow, Inc. | '11 International 18 Wheeler | Surrender |
| #014 Southeastern Auto Brokers | '04 Toyota Camry | Surrender |
| #018 Wells Fargo Dealer Services | '03 Lexus | Surrender |

Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased/Contracted For | Treatment |
|---|---|---|
| NONE | | |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $5,000.00. The Trustee recommends to the Court a fee of $5,000.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

s/ Joseph A. Bledsoe, III  
Joseph A. Bledsoe, III  
Standing Chapter 13 Trustee

| | EXHIBIT 'A' | | CASE NUMBER: 16-06422-5-DMW |
|---|---|---|---|

**DEBTORS:** FREDERICK A. BYNUM
PAMELA G. BYNUM

**EMPLOYMENT:**

| Debtor: | BUSINESS INCOME | GROSS INCOME: | $58,344.00 |
|---|---|---|---|
| Spouse: | DISABLED DAUGHTER'S SS INCOME | | $9,600.00 |

**Prior Bankruptcy cases:** Yes ☒  No ☐  If so, Chapter 13 filed 05/02/1999
Disposition: DISCHARGED 11/1/2002
CHAPTER 13 FILED 10/15/2010; DISMISSED 05/04/2012

**Real Property:** House and Lot ☐ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☒

| Description: | RESIDENCE MOBILE HOME AND LOT, DUDLEY, NC | | |
|---|---|---|---|
| FMV | $30,390.00 | Date Purchased | |
| Liens | $73,000.00 | Purchase Price | |
| Exemptions | $0.00 | Improvements | |
| Equity | $ 0.00 | Insured For | |
| Rent | | Tax Value | |

**COMMENTS:**

| **Attorney Fees:** | Requested: | $5,000.00 | (excluding filing fee) |
|---|---|---|---|
| | Paid: | $300.00 | (excluding filing fee) |
| | Balance: | $4,700.00 | |

**Trustee's Recommendation:** $5,000.00
Comments:

**Plan Information:**

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $103,526.83 | Pay in | $62,853.00 | Priority | 100.00% |
| Priority | $6,324.52 | Less  6.00% | $3,771.18 | Secured | 100.00% |
| Secured | $52,738.97 | Subtotal | $59,081.82 | Unsecured | 0.04% |
| Unsecured | $44,463.34 | Req. Atty. Fee | Incl. w/ claims | Joint | % |
| Joint Debts | | Available | $59,081.82 | Co-Debts | % |
| Co-Debtor | | | | | |

**Payroll Deduction:** Yes ☐   No ☒

Objection to Confirmation:  Yes ☒   No ☒

   Pending: SEE COURT DOCKET
   Resolved: SEE COURT DOCKET

Motions Filed:   Yes ☒   No ☐

   If so, indicate type and status:   SEE COURT DOCKET

Hearing Date:

# CERTIFICATE OF MAILING

| | | | | |
|---|---|---|---|---|
| CASE: 1606422 | | TRUSTEE: 2V | COURT: 278 | Page 1 of 2 |
| TASK: 07-12-2017.01029892.LSA001 | | | DATED: 07/13/2017 | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Joseph A. Bledsoe, III | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | FREDERICK A. BYNUM | 2602 ARRINGTON BRIDGE ROAD<br>DUDLEY, NC 28333 |
| Joint | | PAMELA G. BYNUM | 2602 ARRINGTON BRIDGE ROAD<br>DUDLEY, NC 28333 |
| 799 | 000002 | ROBERT E FULLER JR<br>P O BOX 1121 | ATTORNEY AT LAW<br>GOLDSBORO, NC 27533-1121 |
| 020 | 000025 | ATLAS ACQUISITIONS LLC | 294 UNION ST<br>HACKENSACK, NJ 07601 |
| 008 | 000009 | INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| 012 | 000019 | RKL FINANCIAL | 300 CONTINENTAL DR<br>NEWARK, DE 19713 |
| 006 | 000023 | GOLDSBORO EMERGENCY SPECIALISTS<br>PO DRAWER K | 2604 MEDICAL OFFICE PLACE<br>GOLDSBORO, NC 27533 |
| 015 | 000011 | WAYNE COUNTY TAX COLLECTOR<br>CHAPTER 13 BANKRUPTCY | PO BOX 1495<br>GOLDSBORO, NC 27533-1495 |
| 017 | 000024 | WAYNE RADIOLOGISTS<br>CHAPTER 13 BANKRUPTCY | PO BOX 1757<br>GOLDSBORO, NC 27533-1757 |
| 016 | 000021 | WAYNE MEMORIAL HOSPITAL<br>2700 WAYNE MEMORIAL DRIVE | PO BOX 8001<br>GOLDSBORO, NC 27533-8001 |
| 014 | 000007 | SOUTHEASTERN AUTO BROKERS | 3708 E ASH STREET<br>GOLDSBORO, NC 27534-8315 |
| 024 | 000029 | SOUTHEASTERN AUTO BROKERS | 3708 E ASH STREET<br>GOLDSBORO, NC 27534-8315 |
| 029 | 000034 | SOUTHEASTERN AUTO BROKERS | 3708 E ASH STREET<br>GOLDSBORO, NC 27534-8315 |
| 010 | 000010 | NC DEPT OF REVENUE<br>PO BOX 1168 | ANGELA C FOUNTAIN BANKRUPTCY<br>RALEIGH, NC 27602-1168 |
| 018 | 000008 | WELLS FARGO DEALER SERVICES | 1100 CORPORATE CENTER DR FL 2<br>RALEIGH, NC 27606 |
| 019 | 000022 | WELLS FARGO DEALER SERVICES | 1100 CORPORATE CENTER DR FL 2<br>RALEIGH, NC 27606 |
| 005 | 000003 | DRIVENOW, INC<br>4101 LAKE BOONE TRAIL, STE 100 | C/O PAUL B HLAD, ESQUIRE<br>RALEIGH, NC 27607 |
| 028 | 000033 | PAUL B. HLAD | 4101 LAKE BOONE TRAIL #100<br>RALEIGH, NC 27607 |
| 013 | 000020 | SCA COLLECTION, INC | PO BOX 876<br>GREENVILLE, NC 27835 |
| 025 | 000030 | WILLIAM F HILL<br>PO BOX 2517 | ATTORNEY AT LAW<br>GREENVILLE, NC 27836 |
| 011 | 000018 | ONLINE COLLECTIONS | PO BOX 1489<br>WINTERVILLE, NC 28590 |
| 009 | 000017 | LVNV FUNDING. LLC | PO BOX 10497<br>GREENVILLE, SC 29603-0584 |
| 021 | 000026 | LVNV FUNDING, LLC / FNBM, LLC<br>PO BOX 10587 | RESURGENT CAPITAL SERVICES<br>GREENVILLE, SC 29603-0587 |

| | | | | |
|---|---|---|---|---|
| CASE: 1606422 | TRUSTEE: 2V | COURT: 278 | | Page 2 of 2 |
| TASK: 07-12-2017.01029892.LSA001 | | DATED: 07/13/2017 | | |

| | | | |
|---|---|---|---|
| 004 | 000015 | DAVIS REGIONAL MEDICAL CENTER | PO BOX 188<br>BRENTWOOD, TN 37024 |
| 027 | 000032 | STATESVILLE HMA MEDICAL GROUP LLC | PO BOX 188<br>BRENTWOOD, TN 37024 |
| 026 | 000031 | SYNCHRONY BANK<br>PO BOX 41021 | C/O PRA RECEIVABLES MANAGEMENT, LLC<br>NORFOLK, VA 41021 |
| 007 | 000016 | GREAT LAKES HIGHER EDUCATION | PO BOX 7860<br>MADISON, WI 53707 |
| 022 | 000027 | US DEPT OF EDUCATION<br>PO BOX 8973 | CLAIMS FILING UNIT<br>MADISON, WI 53708-8973 |
| 001 | 000012 | DIRECTV LLC AMERICAN INFOSOURCE LP | 4515 N SANTA FE AVE.<br>OKLAHOMA CITY, OK 73118 |
| 003 | 000014 | CHRYSLER CAPITAL | PO BOX 961275<br>FORT WORTH, TX 76161 |
| 023 | 000028 | SANTANDER CONSUMER USA<br>PO BOX 961275 | D/B/A CHRYSLER CAPITAL<br>FORT WORTH, TX 76161-1245 |
| 800 | 000004 | SELECT PORTFOLIO SERVICING | PO BOX 65250<br>SALT LAKE CITY, UT 84165-0250 |
| 801 | 000005 | SELECT PORTFOLIO SERVICING | PO BOX 65250<br>SALT LAKE CITY, UT 84165-0250 |
| 802 | 000006 | SELECT PORTFOLIO SERVICING | PO BOX 65250<br>SALT LAKE CITY, UT 84165-0250 |
| 002 | 000013 | CAINE & WEINER | PO BOX 5010<br>WOODLAND HILLS, CA 91365-5010 |

37 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 07/13/2017.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   07/13/2017   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail